JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| American Industrial Supply, Inc., | ) | NO. CV 10-00958 SJO (FMOx) |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| United States of America, | ) | |
| Defendant. | ) | |

After due consideration, the Court concludes that there was no genuine issue as to any material fact to Defendant United States of America's ("Defendant"), Motion for Summary Judgment ("Motion").  Based on the Complaint and Answer filed by the parties, on the pleadings filed in connection with the motion, including Defendant's Request for Judicial Notice, and on all matters that are properly part of the record in this Motion,

///

///

///

///

///

1        IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff American Industrial Supply,

2   Inc. take nothing by its Complaint and claim for refund of payroll tax penalties assessed by

3   Defendant for the fourth quarter of 1998.

4

5        IT IS SO ORDERED.

6

7   Dated this <u>11 </u>day of February, 2011.

8

9

                                      _____

10                                      S. JAMES OTERO
                              UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28